UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| KRISTOPHER FOX, | ) | C/A: 4:22-cv-00148-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF FILING** |
| | ) | |
| GATOR-STRONG, LLC and | ) | |
| JAMES LEONE, individually. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Kristopher Fox ("Fox"), by and through his undersigned counsel, hereby files the following Joint Motion for Approval of FLSA Settlement Agreement.

                                                s/Bruce E. Miller
                                                Bruce E. Miller (Fed Bar No. 3393)
                                                BRUCE E. MILLER, P.A.
                                                147 Wappoo Creek Drive, Suite 603
                                                Charleston, SC  29412
                                                T: 843.579.7373
                                                F: 843.614.6417
                                                bmiller@brucemillerlaw.com

                                                **ATTORNEY FOR PLAINTIFF**

CHARLESTON, SC

June 7, 2022