UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| KRISTOPHER FOX, | ) | C/A: 4:22-cv-00148-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER APPROVING** |
| v. | ) | **FLSA SETTLEMENT AGREEMENT** |
| | ) | |
| GATOR-STRONG, LLC and | ) | |
| JAMES LEONE, individually. | ) | |
| | ) | |
| Defendants. | ) | |

    This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement made by and between Plaintiff Kristopher Fox ("Plaintiff") and Defendants, Gator-Strong, LLC ("Gator-Strong") and James Leone ("Leone"), individually, (Gator-Strong and Leone jointly "Defendants") (collectively referred to herein as "Parties"). The settlement is presented to the Court for approval because Plaintiff has asserted a claim under the Fair Labor Standards Act. The Court has reviewed the Parties' Settlement Agreement.  Having fully considered the Parties' submissions, the Court finds that the Motion is meritorious and **GRANTS** the Motion.

    After due consideration and inquiry into the circumstances surrounding the proposed settlement of Plaintiffs' FLSA claim against Defendants, and review of the Settlement Agreement,[1] I find and conclude that the proposed settlement in this case meets the standard for approval as it reflects a reasonable compromise of a bona fide dispute. I find and conclude that the proposed settlement is just and reasonable and in the best interest of the Parties.  I further find the settlement to have been reached in good faith.

---

[1] The Settlement Agreement has been approved by counsel for Plaintiff and signed by Plaintiff and all Defendants.

Based upon the Parties' joint request to approve the settlement and after review of the Settlement Agreement, the court approves the Settlement Agreement as requested by the Parties. The court shall retain jurisdiction of this action until all obligations pursuant to the Settlement Agreement have been made and a stipulation of dismissal is filed but no later than October 31, 2022.[2]

**IT IS ORDERED** that the terms of the settlement in this action are approved.

Joseph Dawson, III
United States District Judge

June 30, 2022
Greenville, South Carolina

---

[2] Final payment obligations are due by October 17, 2022; thus, an Order of Dismissal should be filed by October 31, 2022.